UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re<br><br>Arthur C. Tgibedes<br>    Debtor | Case No.  24-11679-JEB<br>Chapter 13 |

CERTIFICATE OF SERVICE

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing AMENDED CHAPTER 13 PLAN were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing: The Plan has been mailed to all creditors pursuant to Fed. R. Bankr. P. 2002.

Carolyn Bankowski-13-12
13trustee@ch13boston.com

John O. Desmond on behalf of Debtor Arthur C Tgibedes
attorney@jdesmond.com, desmondjr96990@notify.bestcase.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

                                                    ARTHUR C. TGIBEDES
                                                    By his attorney

                                                    /s/ John O. Desmond

Dated:    March 20, 2025                   _____
                                                  John O. Desmond (BBO 554580)
                                                    5 Edgell Road, Suite 30A
                                                    Framingham, MA 01701
                                                    Tel:  (508) 879-9638
                                                    Email: attorney@jdesmond.com

| | | |
|---|---|---|
| Arthur C Tgibedes<br>21 East Street C202<br>North Attleboro, MA 02760-2522 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 |
| Citi Cards<br>P. O. Box 70166<br>Philadelphia, PA 19176-0166 | Delta Bridge Funding<br>2875 NE 191st Street<br>Miami, FL 33180-2832 | Epic Advance<br>311 Boulevard of the Americas<br>Lakewood, NJ 08701-4958 |
| Highland Hill Capital LLC<br>450 Fairway Drive, Suite 210<br>Deerfield Beach, FL 33441-1837 | Home Depot Credit Services<br>P. O. Box 70600<br>Philadelphia, PA 19176-0600 | Huntington National Bank<br>P. O. Box 1558<br>Columbus, OH 43216-1558 |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P. O. Box 7090<br>Boston, MA 02204-7090 | MNY Capital<br>244 Madison Avenue, Suite 1035<br>New York, NY 10016-2817 | On Deck Capital<br>4700 W Daybreak PKWY Suite 200<br>South Jordan, UT 84009-5133 |
| Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3934 | UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | |