**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Arthur C Tgibedes<br>Debtor, | Chapter: 13<br>Case No: 24–11679<br>Judge Elizabeth D. Katz |

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

Please take notice that the Order Confirming the Chapter 13 Plan was entered on **8/12/25.**

| | |
|---|---|
| Date:8/13/25 | Mary P. Sharon<br>Clerk, U.S. Bankruptcy Court |
| | By the Court, |
| | <u>Sheila Smith</u><br>Deputy Clerk<br>413–785–6910 |

58 – 46